UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 10-22290-Civ-COOKE/WHITE
(07-20825-Cr-COOKE)

LAUREANO CHIRINO RIVERA,

    Plaintiff

vs.

UNITED STATES OF AMERICA,

    Defendant.

_____/

### **ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION**

THIS MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge, pursuant to Administrative Order 2003-19 of this Court, for a ruling on all pre-trial, non-dispositive matters and for a Report and Recommendation on any dispositive matters. On February 25, 2011, Judge White issued a Report and Recommendation (ECF No. 13) recommending that (i) the Motion to Vacate pursuant to 28 U.S.C. § 2255 filed by Laureano Chirino Rivera (ECF No. 1) be denied, and (ii) this case be closed. Movant Rivera filed objections to the Report. (ECF No. 15). I have considered Judge White's Report and Recommendation, as well as objections thereto, and have made a *de novo* review of the record. I find Judge White's Report and Recommendation clear, cogent, and compelling.

It is **ORDERED and ADJUDGED** that Judge White's Report and Recommendation (ECF No. 13) is **AFFIRMED and ADOPTED**. Accordingly,

1. Motion to Vacate pursuant to 28 U.S.C. § 2255 filed by Laureano Chirino Rivera (ECF No. 1) is **DENIED**.

2. The Clerk is directed to **CLOSE** this case.

**DONE and ORDERED** in chambers, at Miami, Florida, this 28th day of March 2011.

_____
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Patrick A. White, U.S. Magistrate Judge*
*Laureano Chirino Rivera*, pro se
*Counsel of record*